PHILIP SORENTINO AND CONSTANCE SEVERINI v. THE FAMILY AND CHILDREN'S SOCIETY OF ELIZABETH, JOHN AND JANE DOE.

May 22, 1978. Plaintiffs-Appellants having requested review of the final judgment of the Superior Court, Chancery Division, entered December 19, 1977, terminating their parental rights and granting an adoption in favor of defendants John and Jane Doe, and this Court having duly considered the briefs and arguments contained therein as submitted by the parties;

It is ORDERED that the judgment of the Superior Court, Chancery Division, be and hereby is summarily affirmed. (See 74 *N. J.* 313)

KENNETH N. HICKMAN v. GENERAL ACCIDENT FIRE AND LIFE ASSURANCE CORP., LTD.

May 30, 1978. Petition for certification denied.

JANINA TEVIS v. MICHAEL TEVIS, JR.

May 30, 1978. Petition for certification granted. (See 155 *N. J. Super.* 273)

JANINA TEVIS v. MICHAEL TEVIS, JR.

May 30, 1978. Cross-Petition for certification granted. (See 155 *N. J. Super.* 273)